## WAGNON v. DAVISON.

No. 11260—Opinion Filed Sept. 14, 1920.

(Syllabus by the Court.)

**Appeal and Error—Time for Petition in Error—Dismissal.**

Where petition in error is not filed in this court until after the expiration of six months from date of final judgment of the trial court, this court has no jurisdiction over the subject-matter, and the appeal will be dismissed.

Error from County Court, Ellis County; L. H. Clark, Judge.

Action between T. B. Wagnon and G. E. Davison. From the judgment, the former brings error. Dismissed.

Leedy & Miller, for plaintiff in error.

H. L. Adkins and A. E. Williams, for defendant in error.

HARRISON, J. It appears from the record and motion to dismiss in the above-entitled cause that final judgment was rendered herein by the trial court on August 29, 1919; that the petition in error was not filed in this court until March 10, 1920, more than six months after rendition of final judgment.

Under section 5255, Rev. Laws 1910, as amended by chapter 19, Session Laws 1910-11, proceedings in error must be filed in this court within six months after date of final judgment, beyond which time this court has no jurisdiction over the subject-matter, following Dawson & Schneider v. Davison Bros. Cheese Co., 53 Okla. 313, 156 Pac. 204; Palmer-Gregory Chiro. College v. Hart, 26 Okla. 855, 110 Pac. 725; Malloy v. Johnson et al., 40 Okla. 454, 139 Pac. 310; and Star Mill & Elev. Co. v. J. W. Bruce, 77 Okla. 113, 186 Pac. 940.

All the Justices concur.